**H. H. Taylor, defendant in error, v. George W. Frisby, plaintiff in error. Gen. No. 26,655.**

Action for money loaned to defendant. Affidavit of merits stricken from the files and judgment by default entered for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed December 30, 1921.

Charles Kramer and Millard R. Powers, for plaintiff in error. Butler, Lamb, Foster & Pope, for defendant in error; Ernest O. Best and Beverly B. Vedder, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Sam Yastrow, appellant, v. Michael Schoenfield, trading as Packard Motor Livery, appellee. Gen. No. 26,718.**

Judgment for appellant set aside on motion on the ground that defendant therein had no knowledge of the judgment until several months after its entry, due to appellant's failure to notify defendant when the cause was set for trial, according to an oral agreement. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed December 30, 1921.

Philip P. Sachs, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Virginia Robinson, by Gordon Walton, appellee, v. Emile De Recat, Inc., appellant. Gen. No. 26,758.**

Action for salary for balance of period of employment after discharge of plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Friedeman & Silbert, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**John Clark, appellee, v. David H. Weitzenfeld, appellant. Gen. No. 26,774.**

Action of forcible detainer for possession of premises occupied by defendant under a lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

William F. Bigelow, for appellant. Edward H. Taylor, for appellee.

Mr. Justice Barnes delivered the opinion of the court.